IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON GERAY,** | Case No. 14-cv-03572-VC |
| Petitioner, | [~~PROPOSED~~] **ORDER** |
| v. | |
| **JOE LIZARRAGA, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until May 1, 2015 to file a response to the petition for writ of habeas corpus. Petitioner may file a traverse, opposition, or statement of non-opposition within 30 days of his receipt of the response. Respondent shall file and serve a reply within fourteen days of receipt of an opposition.

Dated: February 25, 2015

_____
The Honorable Vince Chhabria