# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GERAY,<br><br>    Petitioner,<br><br>v.<br><br>JOE LIZARRAGA,<br><br>    Respondent. | Case No. 14-cv-03572-VC (PR)<br><br>**ORDER GRANTING PETITIONER'S MOTIONS FOR EXTENSION OF TIME AND TO SUBSTITUTE RESPONDENT; GRANTING, IN PART, MOTION FOR TRANSCRIPTS; DENYING MOTION TO SHOW STATE REMEDIES HAVE BEEN EXHAUSTED**<br><br>Re: Dkt. Nos. 21, 28, 31 |

Petitioner Jason Geray has filed a motion for an extension of time to file his opposition to Respondent's motion to dismiss his petition for a writ of habeas corpus. This motion is granted. Petitioner's opposition is now due on July 8, 2015; Respondent's reply is due fifteen days thereafter.

Geray's motion to substitute the proper respondent is granted. The Clerk of the Court is directed to substitute Acting Warden William Muniz as Respondent.

Geray's motion to show all state remedies have been exhausted is denied as premature. He may raise these arguments, if necessary, in his opposition to Respondent's motion to dismiss.

Finally, Geray's motion for transcripts is granted, in part. He indicates that he is seeking the same state transcripts that Respondent is seeking. Therefore, if Respondent has not done so already, he is directed to send Geray all state court transcripts that are relevant to this case.

**IT IS SO ORDERED**.

Dated: May 28, 2015

_____
VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GERAY,<br>　　　　Plaintiff,<br>　　v.<br>JOE LIZARRAGA,<br>　　　　Defendant. | Case No. 14-cv-03572-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 28, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jason Geray ID: AF 4262
Salinas Valley State Prison
31625 HWY 101
Soledad, CA 93960

Dated: May 28, 2015

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　Kristen Melen, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable VINCE CHHABRIA