UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GERAY,<br><br>        Petitioner,<br><br>  v.<br><br>WILLIAM MUNIZ,<br><br>        Respondent. | Case No. 14-cv-03572-VC  (PR)<br><br>**JUDGMENT** |

For the reasons set forth in this Court's Order Granting Respondent's Motion to Dismiss and Issuing Partial Certificate of Appealability, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

Dated: September 1, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GERAY,<br>    Plaintiff,<br>v.<br>WILLIAM MUNIZ,<br>    Defendant. | Case No. 14-cv-03572-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 1, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jason Geray ID: AF 4262
Salinas Valley State Prison d-4-114
PO Box 1020
Soledad, CA 93960

Dated: September 1, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2